1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH J. MOORE,

                          Petitioner,

        v.

DONALD R. HOLBROOK,

                          Respondent.

Case No. C23-5058-JHC-MLP

ORDER OF DISMISSAL

        Having reviewed the Report and Recommendation of the Honorable Michelle L.
Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining
record, the Court finds and ORDERS:

        (1)     The Court ADOPTS the Report and Recommendation;

        (2)     Petitioner's habeas petition (dkt. # 18-1), and this action, are DISMISSED
without prejudice;

        (3)     A certificate of appealability is DENIED as to all of Petitioner's claims;

        (4)     Petitioner's motions submitted with his habeas petition (dkt. ## 18-2, 18-3, 18-4,
18-5, 18-6, 18-7, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 18-16, 19, 20) are
STRICKEN as MOOT; and

ORDER OF DISMISSAL - 1

1   (5)  The Clerk is directed to send a copy of this Order to Petitioner.

2  Dated this 31st day of March, 2023.

3

4             JOHN H. CHUN
              United States District Judge